■ In the Matter of the Arbitration between MOHAWK CENTRAL SCHOOL DISTRICT, Respondent, and CHARLES TRIPPLE, as President of Mohawk Employees' Union, Appellant. In the Matter of the Arbitration between HERKIMER CENTRAL SCHOOL DISTRICT, Respondent, and RAYMOND PITCHER, as President of Herkimer Faculty Association, Appellant. In the Matter of the Arbitration between MOHAWK CENTRAL SCHOOL DISTRICT, Respondent, and MARY L. GREENE, as President of Mohawk Teachers' Association, Appellant. In the Matter of the Arbitration between ILION CENTRAL SCHOOL DISTRICT, Respondent, and MARTIN BURRELLO, as President of Ilion Teachers' Association, Appellant. In the Matter of the Arbitration between DOLGEVILLE CENTRAL SCHOOL DISTRICT, Respondent, and RICHARD WILLIAMS, as President of Dolgeville Teachers' Association, Appellant. In the Matter of the Arbitration between HERKIMER COUNTY BOCES, Respondent, and GARY RATHBONE, as President of Herkimer County BOCES Teachers' Association, Appellant. In the Matter of the Arbitration between MOUNT MARKHAM CENTRAL SCHOOL DISTRICT, Respondent, and THOMAS DOROZYNSKI, as President of Mount Markham Teachers' Association, Appellant. [705 NYS2d 317] —Order unanimously reversed on the law without costs, application denied and cross application granted. Same Memorandum as in *Matter of Remsen Cent. School Dist. (Revere)* (270 AD2d 796 [decided herewith]). (Appeals from Order of Supreme Court, Herkimer County, Kirk, J.—Arbitration.) Present—Green, J. P., Hayes, Scudder and Balio, JJ.